

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00496-CV

**IN THE INTEREST OF M.A.S.L. AND K.J.L., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01773
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

 The Appellee's Motion for Extension of Time to File State's Brief is hereby GRANTED. Time is extended to October 18, 2018.

_____
Marialyn Barnard, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court